1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  GILBERTO GUZMAN

7

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12

13  GILBERTO GUZMAN,              )  Case No.:  3:13-cv-0069-MMD-WGC
                                  )
14         Plaintiff,             )  UNOPPOSED MOTION TO AMEND
                                  )  AND EXTEND BRIEFING
15     vs.                        )  SCHEDULE
                                  )
16  CAROLYN W. COLVIN, Acting     )
                                  )
17  Commissioner of Social Security, )
                                  )
18         Defendant[1]           )
                                  )
   _____)

19

20         Plaintiff GILBERTO GUZMAN ("Plaintiff"), through his undersigned

21  counsel of record, requests the approval of the Court, to extend the time for

22  Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to August 21, 2013;

23

24  [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
    February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
25  Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in
    this suit. No further action need be taken to continue this suit by reason of the last
26  sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   and that Defendant shall have until September 18, 2013, to file his opposition, if

2   any is forthcoming.  Any reply by plaintiff will be due September 30, 2013.

3          An extension of time for plaintiff is needed due to a serious illness.  The

4   spouse of the associate in Counsel's firm who this matter is assigned to receives

5   chemotherapy treatment for her Stage IV breast cancer which metastasized initially

6   to her liver and has now spread to her lungs and spine.  Counsel requires the

7   additional time to file the Motion for Remand to allow the assigned attorney the

8   appropriate time to assist his Spouse and his two kindergarten and pre-school aged

9   children through this obviously stressful experience.

10          Counsel for defendant has indicated, via e-mail, that this motion to extend

11  the time to file is not opposed.

12

13  DATE: July 1, 2013,                    Respectfully submitted,

14                                                ROHLFING & KALAGIAN, LLP

15                                                      /s/ *Marc V. Kalagian*

16                                   BY: _____
                                            Marc V. Kalagian
17                                          Attorney for plaintiff GILBERTO GUZMAN

18

19

20

21

22

23

24

25

26

1

2          IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

3   and including August 21, 2013, in which to file Plaintiff's Motion for Reversal

4   and/or Remand; Defendant may have an extension of time to September 18, 2013

5   to consider the contentions raised in Plaintiff's Motion, and file any opposition if

6   necessary.  Any reply by plaintiff will be due September 30, 2013.

7          IT IS SO ORDERED.

8          **DATED:  July 9, 2013.**

9          _____

10         THE HONORABLE WILLIAM G. COBB
           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-